AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Reginald M. Gilliam | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.:    4:12-cv-2914-RBH |
| | ) |
| Leroy Cartledge | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.


■   other:. This petition is dismissed without prejudice. A certificate of appealability is denied.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The Court accepts the Report and
Recommendations of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   January 8, 2013                          *CLERK OF COURT*



                                          s/Debbie Stokes
                                          Deputy Clerk